UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Heather Emig,　　　　　　　　　　　　　　Fed. Case No. _____

　　　　　　　Plaintiff,　　　　Minn. Case No. (unknown, unfiled)

　　v.

TD Bank (USA), N.A.,

　　　　　　　Defendant.

---

## DEFENDANT'S NOTICE OF REMOVAL

---

To:　Kate Fogarty, Clerk of Court, United States District Court for the District of Minnesota.

Plaintiff Heather Emig and her attorneys Bennett Hartz and Andrew C. Walker, Walker & Walker Law Offices, PLLC, 4356 Nicollet Avenue South, Minneapolis, MN 55409.

Defendant TD Bank USA, N.A., hereby gives notice of its removal of this action on the following grounds:

1.　　Plaintiff Heather Emig commenced this civil action in the Anoka County District Court, Tenth Judicial District, State of Minnesota. A copy of the Summons (Aug. 26, 2019) and the Complaint (Aug. 26, 2019), being all the process, pleadings, and orders served in the state-court action, accompanies this notice as Exhibits A and B. (As far as Defendant TD Bank USA, N.A., knows, neither these papers nor any others have been filed with the state court in the state-court action.)

1

CASE 0:19-cv-02534-MJD-ECW   Document 1   Filed 09/17/19   Page 2 of 3

2. The Complaint was the initial pleading setting forth the purported claims for relief upon which the state-court action is based.

3. The case that the Complaint purportedly stated was and is removable.

4. Defendant TD Bank USA, N.A., received the Summons and the Complaint by service on August 28, 2019. It had not received the Summons or the Complaint in any other manner before August 28, 2019.

5. Defendant TD Bank USA, N.A., is filing this notice within 30 days after receiving the Summons and the Complaint.

6. This Court would have had original jurisdiction over the state-court action under 28 U.S.C. §§ 1331, 28 U.S.C. § 1337(a), and 47 U.S.C. § 227(b)(3).

7. The state-court action is removable under 28 U.S.C. § 1441(a) & § 1446.

8. The state-court action is not a nonremovable action under 28 U.S.C. § 1445.

9. Promptly after filing this notice, Defendant TD Bank USA, N.A., will give written notice to the adverse Party, and will file a copy with the Clerk of the state court.

Wherefore Defendant TD Bank USA, N.A., respectfully prays that the state court proceed no further, and that any further proceedings in this action occur in the United States District Court for the District of Minnesota.

2

September 17, 2019.

BARNES & THORNBURG LLP

/s/ Brian Melendez

Brian Melendez
Bar Number 0223633
Attorney for Defendants
BARNES & THORNBURG LLP
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

Attorneys for Defendant
    Defendant TD Bank USA, N.A.