UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 19-CV-2534 (MJD/ECW)

_____

Heather Emig,

       Plaintiff,

v.

TD Bank. N.A.,

       Defendant.

**STIPULATION FOR DISMISSAL**

_____

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.

Date: March 2, 2020

/s/ Bennett Hartz
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
*Attorneys for Plaintiff*

Date: March 2, 2020

/s/ Brian Melendez
Brian Melendez #223633
Barnes & Thornburg LLP
225 S. 6th St, Ste 2800
Minneapolis, MN 55402
(612) 367-8734
*Attorneys for Defendant*