UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 19-CV-2534 (MJD/ECW)

_____

Heather Emig,

    Plaintiff,

v.                                    **ORDER DISMISSING WITH PREJUDICE**

TD Bank, N.A.,

    Defendant.

_____

Based on a stipulation signed by the counsels for the parties to this action under Rule 41(a)(1)(A)(ii):

**IT IS ORDERED:**   That this action is dismissed with prejudice immediately. The parties shall bear their own costs and fees.


Dated:  March 11, 2020            s/ Michael J. Davis
                                                          The Honorable Michael J. Davis
                                                          United States District Court